**Fill in this information to identify the case:**

Debtor name  C-Mar America, Inc.

United States Bankruptcy Court for the: Southern  District of Texas
(State)

Case number (If known): 19-36006

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................  $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................  $ 16,098,079.98

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................  $ 16,098,079.98

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............  $ 4,495.20

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................  $ 53,173.62

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................  + $ 14,411,772.56

4. **Total liabilities**...................................................................................................................................  $ 14,469,441.38
    Lines 2 + 3a + 3b