**Fill in this information to identify the case:**

Debtor name: C-Mar America, Inc.
United States Bankruptcy Court for the: Southern   District of Texas
(State)
Case number (If known): 19-36006

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.
*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name:** Commerce Commercial Credit
**Creditor's mailing address:** PO Box 204605, Dallas, TX 75320
**Describe debtor's property that is subject to a lien:** Receivables
$ 0    $ 0
**Describe the lien:** UCC
**Is the creditor an insider or related party?** ☑ No ☐ Yes
**Is anyone else liable on this claim?** ☑ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
**Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes. Specify each creditor, including this creditor, and its relative priority.
**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.2 Creditor's name:** CIT Bank, NA
**Creditor's mailing address:** 10201 Centarian Pkwy N #100, Jacksonville, FL
**Date debt was incurred:** Apr 2016
**Last 4 digits of account number:** 5 0 0 0
**Describe debtor's property that is subject to a lien:** Copier - leased
$ 4495.20    $ 4495.20
**Describe the lien:**
**Is the creditor an insider or related party?** ☑ No ☐ Yes
**Is anyone else liable on this claim?** ☑ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
**Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines ____
**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 4495.20

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 1